# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00611-CV

### In the Interest of V. B. J. and A. B. J.

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 01-898-FC2, HONORABLE TAMARA ARRINGTON, JUDGE PRESIDING

---

*Pro se* appellant Victor Brian Jones, Jr.'s appellant's brief was due to be filed in this court on January 7, 2002 but was not. On January 16, 2002, this Court advised appellant in writing that his brief was overdue and that his appeal would be dismissed if he did not file his brief with this Court on or before January 28, 2002. *See* Tex. R. App. P. 38.8(a)(2). Appellant has not filed a brief or otherwise responded to the Court's notices.

Accordingly, this appeal is hereby dismissed for want of prosecution pursuant to Texas Rules of Appellate Procedure 38.8(a)(1), 42.3(b) and (c).

---

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: March 28, 2002

Do Not Publish